**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**


MARK SINGSON
ADC #90695                                                                    PLAINTIFF


V.                              4:07CV00006 JLH/JTR


CORRECTIONAL MEDICAL SERVICES, INC., et al.                    DEFENDANTS


**ORDER**

Plaintiff Mark Singson, who is currently incarcerated at the Ouachita River Correctional Unit of the Arkansas Department of Correction, has commenced this *pro se* § 1983 action alleging that Defendants have provided him with inadequate medical care. *See* docket entries #2 and #9. On October 19, 2007, Plaintiff filed a Motion for Discovery asking for the production of certain documents. *See* docket entry #82. The Motion does <u>not</u> contain a Certificate of Service stating that copies were served upon counsel for Defendants.

The Court wishes to remind the Plaintiff that discovery requests and responses are NOT to be filed with the Court — and, instead, should be mailed DIRECTLY to the opposing counsel, along with a certificate of service. *See* Fed. R. Civ. P. 5(d) (providing that "the following discovery requests and responses must <u>not</u> be filed until they are used in the proceeding or the court orders filing: (i) depositions, (ii) interrogatories, (iii) requests for documents or to permit entry upon the land, and (iv) requests for admissions") (emphasis added); Local Rule 5.5(c)(2) (stating that "[a]ny party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure"). If Plaintiff believes that the responses to his discovery requests are improper, he may then file a Motion to Compel and/or for Sanctions, pursuant to Fed. R. Civ. P. 37.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Discovery (docket entry #82) is DENIED.

Dated this 23rd day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE