IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MARK SINGSON                                                                                          PLAINTIFF
ADC #90695

v.                                        No. 4:07CV00006 JLH/JTR

CORRECTIONAL MEDICAL SERVICES, INC., *et al*.                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' three Motions for Summary Judgment (docket entries #96, #105, and #117) are GRANTED, and this case, in its entirety, is DISMISSED, WITH PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 5th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE